**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-6386**

———————————

JOSE GUTIERREZ,

Petitioner - Appellant,

versus

DAN L. DOVE, Warden, Federal Correctional
Institution Edgefield,

Respondent - Appellee.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Cameron McGowan Currie, District
Judge.  (CA-01-2622-3-22)

———————————

Submitted:  June 20, 2002          Decided:  June 26, 2002

———————————

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Jose Gutierrez, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jose Gutierrez appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Gutierrez v. Dove</u>, No. CA-01-2622-3-22 (D.S.C. filed Feb. 15, 2002 & entered Feb. 19, 2002). Gutierrez's motion for a certificate of appealability is denied as unnecessary. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2